Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Cornelius N. Cox, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Alexis Morganfield appeals the revocation of his bond pending trial pursuant to

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

18 U.S.C. § 3145(c). Morganfield proceeded to trial and was convicted by the jury on April 26, 2006. This appeal is moot. *Church of Scientology v. United States*, 506 U.S. 9, 12, 113 S.Ct. 447, 121 L.Ed.2d 313 (1992); *Willy v. Admin. Review Bd.*, 423 F.3d 483, 494 n. 50 (5th Cir.2005). The appeal is DISMISSED.

Morganfield's motion to replace appointed counsel is DENIED.

**Angela HARPER; et al., Plaintiffs,**

**Angela Harper, Plaintiff–Appellant,**

v.

**R.J. REYNOLDS TOBACCO HOLDINGS INC.; Pelican Cigar Co.; Wal–Mart Stores Inc.; R.J. Reynolds Tobacco Co.; Schlesingers Wholesalers & Automotive Cigarette Service Inc.; Wal–Mart Louisiana LLC, Defendants–Appellees.**

No. 05–30657.

United States Court of Appeals,
Fifth Circuit.

Decided July 17, 2006.

Jennifer Ann Jones, Jones Law Firm, Cameron, LA, Kenneth E. Badon, The Badon Law Firm, Clayton Arthur Larsh Davis, James D. Cain, Lundy & Davis,

Lake Charles, LA, for Plaintiffs and Plaintiff–Appellant.

Dennis Leo Murphy, Jones Day, Cleveland, OH, James R. Nieset, Plauche, Smith & Nieset, Lake Charles, LA, Sean Patrick Costello, Jones Day, Atlanta, GA, David Alexander Young, Office of the Attorney General for the State of Louisiana, Baton Rouge, LA, John E. McElligott, Jr., Davidson, Meaux, Sonnier & McElligott, Lafayette, LA, for Defendants–Appellees.

Before JOLLY, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.